JOHN G. PALMER, as Administrator, etc., Appellant, *v.*
THOMSON KINGSFORD, Respondent.

(Argued January 17, 1889; decided February 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fourth judicial department, entered upon an order
made July 1, 1887, which affirmed a judgment in favor of
defendant, entered on the report of a referee.

*H. V. Howland* for appellant.

*H. L. Howe* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not sitting.
Judgment affirmed.

———

JOHN R. BAKER, Respondent, *v.* THE NEW YORK MUTUAL
BENEFIT ASSOCIATION, Appellant.

(Submitted January 23, 1889; decided February 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made June 7, 1887, which affirmed a judgment in favor of
plaintiff, entered on a verdict.

*J. J. Lamoree* for appellant.

*George U. Loveridge* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.